Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
FAYETTEVILLE Division

| | |
|---|---|
| GARY DON DAVIS<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>SILOAM SPRINGS ARKANSAS HOSPITAL COMPANY L.L.C.<br>ATTACHED<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional [pages if] needed.

   Name  GARY DON DAVIS
   Street Address  1720 S. HUNT LANE
   City and County  FAYETTEVILLE, WASHINGTON
   State and Zip Code  ARKANSAS 72701
   Telephone Number  479-422-9332
   E-mail Address  DAVISGARYP41@GMAIL.COM

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the def[endant is an] individual, a government agency, an organization, or a corporation. For an individual defe[ndant,] include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name  SILOAM SPRINGS ARKANSAS HOSPITAL
    Job or Title (if known)  MEDICAL PROVIDER
    Street Address  603 N. PROGRESS AVE.
    City and County  SILOAM SPRINGS, BENTON
    State and Zip Code  ARKANSAS 72761
    Telephone Number  479-215-3000
    E-mail Address (if known)

Defendant No. 2

    Name  MALIK SHAHID, MD
    Job or Title (if known)  ATTENDING PHYSICIAN
    Street Address  1255 S. SHILOH DR.
    City and County  FAYETTEVILLE, WASHINGTON
    State and Zip Code  ARKANSAS 72701
    Telephone Number  479-757-1760
    E-mail Address (if known)

Defendant No. 3

    Name  DREW SMITHERS, D.O.
    Job or Title (if known)  ATTENDING PHYSICIAN
    Street Address  1255 S. SHILOH DR.
    City and County  FAYETTEVILLE, WASHINGTON
    State and Zip Code  ARKANSAS 72701
    Telephone Number  479-757-1760
    E-mail Address (if known)

Defendant No. 4

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

   b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorp

    the laws of the State of *(name)* _____

    principal place of business in the State of *(name)*

    Or is incorporated under the laws of *(foreign nation)*

    and has its principal place of business in *(name)*

  *(If more than one defendant is named in the complaint, attach an additional page p; same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or th stake–is more than $75,000, not counting interest and costs of court, because *(explain*

  $1,063,000.00 DUE TO VIOLATIONS LISTED UNDER ITEM II

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as pos facts showing that each plaintiff is entitled to the damages or other relief sought. State how each de involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, the dates and places of that involvement or conduct. If more than one claim is asserted, number eacl write a short and plain statement of each claim in a separate paragraph. Attach additional pages if no

ATTACHED

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not : arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Inc punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to : punitive money damages.

ATTACHED

## for Jurisdiction

ıl courts are courts of limited jurisdiction (limited power). Generally, only two types of cases in federal court: cases involving a federal question and cases involving diversity of citizenshi ;. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal law: deral question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a cit :r State or nation and the amount at stake is more than $75,000 is a diversity of citizenship ca: ity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

ıt the paragraphs in this section that apply to this case.

### If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Coı are at issue in this case.

### If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____ , is a
    State of *(name)* _____

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____ , is i
    under the laws of the State of *(name)*
    and has its principal place of business in the State of *(name)*

    *(If more than one plaintiff is named in the complaint, attach an additional page pı same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____ , is ;
    the State of *(name)* _____ . Or is ;

III and IV

The plaintiff is entitled to damages based on breach of contract, misdiagnosis of an injury to my left knee patella, violations of Arkansas Health Department rules and regulations and forgery of medical records.

I was checked into Siloam Springs Arkansas Hospital LLC Emergency Facility located at 1255 S. Shiloh, Fayetteville, Ar. on January 13, 2022, at 14.59 with an injury to my forehead and left knee. I was provided pain medication and x-rays were taken. I was assigned to a private physician at check in time, Katherine Coking. I have never met Ms. Coking, nor do I remember talking to Ms. Coking. Dr Shahid Malik was assigned as attending physician. After several hours I was placed in a wheelchair and moved out of the clinic and to a patient discharge area. As I was attempting to be loaded into a vehicle I fainted. I was moved back into the clinic; additional tests were performed with an IV and EKG. After a period of time I was released again. No post instructions were provided. The defendants are responsible for misdiagnosis and medical malpractice in evaluation and treatment of my injury.

Katherine Coking (Deceased July 1, 2023) is shown as a private MD on page 1 of 4 of the ED nurse documentation form and different titles on following pages. The entry of these titles is in violation of the Arkansas State Health Department rules and are considered a forgery. The health department does not have a license issued to Katherine Coking under any description. Ms. Coking is listed on various pages as primary care physician, private physician referral physician and private MD. The Arkansas Health Department states it is a violation subject to penalty to list any individual as a medical provider if that individual does not have a medical license for the selected designation. The emergency department does not mention any contact by Katherine Coking at any time during or after my admittance.

Dr Shahid Malik is listed as an admitting and attending physician. Dr Malik was aware of or should have been aware of the pain in my left knee and acted accordingly. Dr Malik ordered medication and a CT scan of my ankle. However, he did not order scans or x-rays of my knee injury. See order sheets 1 of 3, 2 of 3 and 3 of 3. Claim documentation received from Northwest Health Emergency Department refers to pain in my left knee. Pain is referred to in several entries and Dr Malik missed a key factor in evaluation and treatment of my injury. Dr Malik transferred his obligation over to Dr Smithers at 19:13. Dr Smithers did not take any action concerning the pain or the broken knee despite the written data.

There are several incorrect statements entered onto my medical records. As an example, at 18:51 an entry was made stating that I had problems when attempting to be discharged. At 23:05 another entry made stating no procedures required nurse assistance, then at 23:06 the entry stated there was no cognitive or functional deficits noted. I was discharged to home.

Due to the pain in my left knee. I could not tolerate any pressure on the broken patella. I tried a walker and had the problem with pain. I purchased a knee brace and rented a wheelchair. The pain continued, and I decided to consult an Orthopedic Doctor. I made two appointments with Dr Hanby at Ozark Orthopedics. Both appoints were cancel due to bad weather. The third appointment Dr Hanby did an exam with knee x-rays. The x-rays show a left patella fracture. The exam was done on March 2,2022 and Dr Hanby scheduled surgery on March 7, 2022. After recovery Dr Hanby authorized Northwest Home Health to do home therapy. Shortly after starting the therapy, the screws used to join the two parts of the patella backed out of the joint, which required another surgery.

tification and Closing

er Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledg belief that this complaint: (1) is not being presented for an improper purpose, such as to haras :cessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or `rivolous argument for extending, modifying, or reversing existing law; (3) the factual content entiary support or, if specifically so identified, will likely have evidentiary support after a rea ›rtunity for further investigation or discovery: and (4) the complaint otherwise complies with irements of Rule 11.

### For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related served. I understand that my failure to keep a current address on file with the Clerk's Of in the dismissal of my case.

Date of signing: NOVEMBER 21, 2023 ~~DECEMBER 1, 2023~~

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: GARY DON DAVIS

### For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address